UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE GUSTAFSON, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> ANDREW GRUEL, *et al.*, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:17-cv-11401-RGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' ASSENTED TO MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

The defendants in the above-captioned action, Andrew Gruel, Jethro Naude, 10 Fare LLC, Slapfish Huntington Beach, LLC, Slapfish Laguna Beach, LLC, Slapfish Newport Balboa, LLC, Slapfish Corporate, LLC, Slapfish Franchise, LLC, Slapfish Holdings, LLC, Slapfish Anaheim, LLC, Slapfish Trading, LLC and Slapfish Restaurant Group, LLC (collectively, "Defendants") file this motion for an enlargement of time and to establish a date for a joint responsive pleading to the complaint. Specifically, Defendants request, and Plaintiffs assent to, a response date of **November 21, 2017**.

As grounds for this motion, Defendants state that the complaint was served on two of the Defendants on or about September 20, 2017. The remaining Defendants have not been served. Defendants retained the undersigned Massachusetts counsel on October 13, 2017, and intend to respond jointly to the complaint by November 21, 2017. Plaintiffs Lee Gustafson and Victor Donati, through counsel of record, have assented to this request. Defendants' counsel has also agreed to accept service for the remaining unserved Defendants.

1

October 16, 2017

> ANDREW GRUEL, JETHRO NAUDE, 10 FARE LLC,
> SLAPFISH HUNTINGTON BEACH, LLC,
> SLAPFISH LAGUNA BEACH, LLC,
> SLAPFISH NEWPORT BALBOA, LLC,
> SLAPFISH CORPORATE, LLC, SLAPFISH FRANCHISE, LLC,
> SLAPFISH HOLDINGS, LLC, SLAPFISH ANAHEIM, LLC,
> SLAPFISH TRADING, LLC AND
> SLAPFISH RESTAURANT GROUP,
>
> By their attorneys,
>
>
> /s/ David A. Kluft
> David A. Kluft BBO No. 658970
>
> FOLEY HOAG LLP
> Seaport West
> 155 Seaport Boulevard
> Boston, MA 02210-2600
> 617 832 1000
> dkluft@foleyhoag.com
>
> Linsday A. Dischley (*pro hac vice sought*)
> CHIESA SHAHINIAN & GIANTOMASI PC
> One Boland Drive
> West Orange, NJ  07052
> 973 530 2110
> ldischley@csglaw.com

**Local Rule 7.1 Certification**

    The undersigned counsel certifies that he has conferred with Plaintiff and that Plaintiff has assented to the relief sought.

> /s/ David A. Kluft
> David A. Kluft, Esq.

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on all known counsel of record via ECF on October 16, 2017.

/s/ David A. Kluft
David A. Kluft, Esq.